Case 2:82-cv-02177  Document 1  Filed 04/29/82  Page 1 of 4 PageID #: 1

| DIST. | OFF. | YR | DOCKET NUMBER | FILING DATE MO | DAY | YEAR | J | N/S | O | D PTF DEF | R 23 | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 425 | 2 | 82 | 2177 | 04 | 29 | 82 | 3 | 550 | 1 | | | 50 | J M 250 | 54089 | | 82 | 2177 |

## PLAINTIFFS

COLLINS, GWENDOLYN FAYE

## DEFENDANTS

FISHER, SHERIFF HOMER
Jackson County, W. Va.
~~JOHNSON, R. L., State Police~~
and STATE OF WEST VIRGINIA ET AL
in action direct or indirectly
associated

5/26/83 defdt Jay Rockefeller dismissed

AMENDED:  J. C. Johnson, State
          Police  (6/18/82)

Defendant Jay D. Rockefeller dismissed
                              (5/26/83)
Added by amended complnt 4/1/85
Jerry L. Walters, Deputy Sheriff Jcksn Cnty
Debbie Pitts

## CAUSE

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

42 USC 1983:  Alleges violation of civil rights, due to treatment while
              incarcerated in the Jackson County Jail.

## ATTORNEYS

Gwendolyn Faye Collins
~~WV State Prison for Women~~
~~PO Box 66~~
~~Pence Springs, WV  24962~~

~~Federal Correctional Institution~~
~~Alderson, WV  24910~~

~~Gwendolyn Faye Collins~~
~~2011 Lippert Street, Apt. 311~~
~~Charleston  25312~~
304/342-5445

Nelson R. Bickley
~~600 Charleston National Plaza~~
~~Charleston  25301~~
~~304/344-3691~~
BICKLEY JACOBS BARKUS
Suite 823 Charleston National Plaza
Charleston  25301
304/344-2220

Jerry L. Walters and Debbie Pitts
Homer Fisher, Sheriff
Arthur T. Ciccarello & Robert Martin
LEWIS, CICARELLO, MASINTER & FRIEDBERG
PO Box 1746
Charleston  25326
(304) 343-8891

J. C. Johnson and Jay. D. Rockefeller
~~David Box Check~~ Paul Richard Hull
Asst. ~~Deputy~~ Attorney General
State Capitol – Room 26-E
Charleston, WV  25305 304/348-2021

~~Jay D. Rockefeller~~
Edward W. Eardley
PO Box 1588
Charleston  25326

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS [X] | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET

DC-111 (Rev. 7/80)

| DATE | NR. | PROCEEDINGS | |
|------|-----|-------------|--|
| **1982**<br>Apr. 29 | 1 | ORDER (2505) permitting plaintiff to proceed in forma pauperis; summons to issue; defendants to have 20 days to answer, etc. | |
| Apr. 29 | 2 | COMPLAINT | |
| Apr. 29 | | Issued summons | |
| May 28 | 3 | RETURN of summons exec on Sheriff Homer Fisher on 5/26'82 | |
| May 28 | | RETURN of summons unexecuted ondefdts R. L. Johnson, State Police and State of West Virginia | |
| Jun 14 | 4 | ANSWER of defdt Homer Fisher, Sheriff | amd |
| Jun 14 | 5 | MOTION, by defdt Homer Fisher, Sheriff, to dismiss | amd |
| Jun 18 | 6 | ORDER, plaintiff's amended complaint filed; civil process to issue as to J. C. Johnson | kk |
| June 18 | 7 | AMENDED COMPLAINT (Issued summons & 1 copy, ret. 20 days) | |
| Sep 1 | 8 | RETURN of summons exec on defdt J.C. Johnson on 8/26/82 | amd |
| Sep 13 | 9 | MOTION, of defdt Rockefeller, to dismiss | amd |
| Sep 16 | 10 | MOTION, of defdt Rockefeller, to dismiss | amd |
| Sep 16 | 11 | ANSWER of defdt J.C. Johnson | amd |
| **1983**<br>May 26 | 12 | ORDER(2505) Granting defendant Rockefeller's motion to dismiss(EOD 5/27/83) cc:atys | amd |
| Dec 7 | 13 | ORDER(2505) Pltff to file narrative written statement by 1/6/84 with exhibit list, witness list and summary of anticipated testimony of witnesses; defdt to file narrative written statemnt by 2/6/84, facts to be offered, exhibit list and witness list and pltff to serve defense cousel copy of all pleadings etc. (EOD 12/8/83)xxxx cc:pltff and atys | amd |
| **1984**<br>Jan 3 | 14 | ORDER(2505)Extending pltff's time to file narrative written statement to 1/20/84, and defendant to reply by 2/20/84(EOD 1/5/83) cc:atys | amd |
| Jan 24 | 15 | NARRATIVE WRITTEN STATEMENT, by plaintiff | amd |
| May 7 | 16 | NOTICE & MOTION, by defdt Homer Fisher, to Dismiss | amd |
| May 9 | 17 | ANSWER, by defdt Homer Fisher, to Amended Complaint(ref. pleading no. 7 above) | amd |
| May 31 | 18 | NOTICE & MOTION, by defdt Homer Fisher, to dismiss with exhibits attached thereto | amd |
| Jun 5 | 19 | ORDER(2505)Defendant Fisher's motion to dismiss to be treated as a motion for summary judgment; plaintiff to respond in 20 days by filing counter-affidavits etc.; failure to respond may result in granting of summary judgment(EOD 6/6/84) cc:atys & plt: | |
| Jun 28 | 20 | MOTION, by defdt J.C. Johnson, to Dismiss or in Alternative for Summary Judgment MEMORANDUM, | amd |
| Jun 28 | 21 | XXXXXXXX, by defdt Johnson, in support mtn to dismiss or for summary judgment | amd |
| Aug 14 | 22 | COPY of jail regulations, rules and procedures as adopted by Sheriff's office, Jackson County, WV | amd |

<u>SEE PAGE TWO (2)</u>

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

FPI—MAR—7-14-80-70M-4398

| PLAINTIFF GWENDOLYN FAYE COLLINS | DEFENDANT SHERIFF HOMER FISHER et al | DOCKET NO. 82-2177 |
|---|---|---|
| | | PAGE 2 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1984** Dec 18 | 23 | ORDER(2505)Status conf. 12/18/84;discovery to be completed by 3/1/85;,mtns to be filed by 3/1; final pretrial settlmnt conf & hrng on pndng mtns set for 3/11 @ 10:00; counsel to tender signed pretrial order etc; trial 3/18/85 EOD 12/19/84) cc: Gwendolyn Collins, 2011 Lippert St., Apt 311, Charleston, 25312 and counsel of record                                                                                     amd |
| **1985** Feb 1 | 24 | MOTION, by plaintiff, to add two (2) defendants and to amend complaint, with proposed amended complaint submitted herewith                                                                     amd |
| Feb 1 | 25 | MEMORANDUM, by plaintiff, in response to the motion to dismiss and brief of defendant, J.C. Johnson                                                                                          amd |
| Mar 25 | 26 | NOTICE, by defdt Homer Fisher, to take deposition of J. C. Johnson          amd |
| Apr 1 | 27 | ORDER(2505) Granting plaintiff's motion to amend the complaint and filing said amended complaint; defendants shall have 20 days from date of this order to answer said complaint.  The following dates are set in this matter: (1) Discovery to be completed by 6/1/85; (2) Final pretrial conference set 6/13/85 @ 10:30; and (3) Trial to commence 6/19/85 @ 9:30 (EOD 4/1/85)cc:atys      amd |
| Apr 1 | 27-A | AMENDED COMPLAINT                                                                          amd |
| Apr 1 | | Issued summons and three copies , ret 20 days, for Jerry Walters and Debbie Pitts |
| Apr 19 | 28 | ANSWER of defendants Jerry L. Walters and Debbie Pitts to amended complaint amd |
| Jun 5 | 29 | RETURN of summons executed on Jerry L. Walters, Deputy Sheriff of Jackson County, by personal service on 4/25/85                                                                            amd |
| Jun 7 | 30 | DEPOSITION of Gwendolyn F. Collins                                                          amd |
| Jun 7 | 31 | DEPOSITION of Debbie Pitts                                                                  amd |
| Jun 7 | 32 | DEPOSITION of Jerry L. Walters                                                              amd |
| Jun 10 | 33 | MOTION, by defendant Debbie Pitts, for Summary Judgment                                    amd |
| Jun 10 | 34 | MEMORANDUM, by defendant Pitts, in support of Motion for Summary Judgment      amd |
| Jun 11 | 35 | ORDER(2505)Defendant J.C. Johnson's Motion to dismiss or in the alternative for Summary Judgment is DENIED(EOD 6/12/85)cc:atys                                                               amd |
| Jun 18 | 36 | DEPOSITION of Trooper J.C. Johnson, taken for the purpose of evidence and/or discovery                                                                                                      amd |
| Jun 18 | 37 | COPY of letter to attorney Nelson R. Bickley and Asst Atty Gen Paul Hull by attorney Robert P. Martin with copy of Log as maintained by Debbie Pitts on December 21 and 22, 1981.            amd |
| Jun 19 | 38 | ORDER(2505) Granted Summary Judgment as to the matters filed against her, action as to Debbie Pitts dismissed with prejudice(EOD 6/19/85) cc:atys      amd |

SEE PAGE THREE (3)

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF<br>GWENDOLYN FAYE COLLINS | DEFENDANT<br>SHERIFF HOMER FISHER et al | DOCKET NO. 82-2177<br><br>PAGE _3_ OF____ PAGES |
|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1985<br>Aug 20 | 39 | ORDER(2505) The Court has been advised this action has been settled or in the process of being settled. Accordingly, this action is DISMISSED without prejudice. However, the Court retains complete jurisdiction to vacate this order and to reopen this action upon good cause shown that settlement has not been completed and further litigation is necessary(EOD 8/20/85)cc:atys and plaintiff      +CLOSED+             amd |
| 8/20 | | JS-6 and Index Information Sheet Made this date             amd |
| Oct  1 | 40 | ORDER(2505) That this case and all claims asserted therein against the defendants, each and every one thereof, be dismissed with prejudice from the docket of this Court, said case having been compromised, settled and adjusted(EOD 10/1/85)cc:atys             amd |